# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. ) ) |
| v. | ) ) ) COMPLAINT |
| THE PATTY TIPTON COMPANY, | ) ) ) |
| Defendant. | ) ) JURY TRIAL DEMAND ) |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "EEOC" or the "Commission") brings this action against The Patty Tipton Company ("Tipton") pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct Tipton's unlawful employment practices on the basis of religion, and to provide appropriate relief to Megan Woodard ("Woodard") who was adversely affected by such practices.  As alleged in paragraph seven below, Woodard, as a member of a fundamentalist Baptist church, does not wear pants in observance of her sincerely held religious beliefs.  Tipton refused to accommodate Woodard's religious beliefs and denied her employment because she requested to wear a skirt to work.  Tipton's actions were willful and done with reckless indifference to Woodard's religious beliefs.

## JURISDICTION AND VENUE

1.	Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.	The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Lexington Division.

## PARTIES

3.	Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.	Defendant, Tipton, at all relevant times has been a company doing business in the Commonwealth of Kentucky with principal offices in the Mt. Sterling, Kentucky and Lexington, Kentucky. Tipton employs in excess of 400 individuals.

5.	At all relevant times, Tipton has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Woodard filed a charge with the Commission alleging violations of Title VII by Tipton . All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Megan Woodard applied for employment with Tipton in September 2010, as a temporary employee. Tipton engaged in unlawful employment practices at its facility in Lexington, Kentucky, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Woodard is a practicing member of a fundamentalist Baptist church. Her religion prohibits women from wearing pants or other male attire. Tipton failed to reasonably accommodate Woodard's sincerely held religious beliefs, and denied her employment when she requested to wear a skirt to work. Tipton subjected Woodard to discrimination based on her religion.

8.      The effect of the practice complained of in paragraph 7 above has been to deprive Woodard of equal employment opportunities and to otherwise adversely affect her employment status because of her religion.

9.      The unlawful employment practices complained of in paragraph 7 above were intentional.

10.     The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Woodard's federally protected rights.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

  A. Grant a permanent injunction enjoining Tipton, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination based on religion.

  B. Order Tipton to institute and carry out policies, practices, and programs which reasonably accommodate the religious beliefs of its employees and which eradicate the effects of its past and present unlawful employment practices based on religion.

  C. Order Tipton to make whole Woodard by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

  D. Order Tipton to make whole Woodard by providing her compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above in amounts to be determined at trial.

  E. Order Tipton to make whole Woodard by providing her compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

  F. Order Tipton to pay Woodard punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

 Respectfully submitted,

 __s/ Laurie A. Young___
 LAURIE A. YOUNG
 Regional Attorney

 s/ Michelle Eisele_____
 MICHELLE EISELE
 Supervisory Trial Attorney
 EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
 Indianapolis District Office
 101 W. Ohio St., Suite 1900
 Indianapolis, IN 46204-4203

 s/ Kenneth W. Brown_____
 KENNETH W. BROWN
 Senior Trial Attorney
 EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
 Louisville Area Office 600 Martin Luther King, Jr. Place Suite 268
 Louisville, Kentucky 40202-2285
 (502) 582.5440 (Direct Dial)
 (502) 582.5435 (Facsimile)
 E-mail: Kenneth.Brown@eeoc.gov