IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
**F I L E D**
AUG 3 1 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO.<br>)<br>) 5:11-cv-278-KSF |
| v. | )<br>)<br>) |
| THE PATTY TIPTON COMPANY | )<br>) |
| Defendant. | )<br>)<br>) |

## CONSENT DECREE

The United States Equal Employment Opportunity Commission (the "Commission") commenced this action against The Patty Tipton Company ("Tipton") pursuant to Title VII of the Civil Rights Act of 1964 and Title 1 of the Civil Rights Act of 1991 in order to correct Tipton's alleged unlawful employment practices on the basis of religion and to provide appropriate relief to Megan Woodard. This action was instituted and authorized by Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

The Commission and Tipton stipulate to the Court's jurisdiction over the parties. Further, the Commission and Tipton desire to resolve Civil Action No. 5:11-cv-278-KSF without the burden and expense of further litigation. As a result, and based on the pleadings and the record as a whole, the Court finds that: [i] the Court has jurisdiction over the parties and the subject matter of this action; and [ii] the purpose and provisions of Title VII of the Civil Rights

Act of 1964 and Title 1 of the Civil Rights Act of 1991 will be promoted and effectuated by the entry of this Decree, (3) this Consent Decree resolves all matters and claims in controversy in this lawsuit between the EEOC and Tipton as provided in paragraphs 1 through 13 below.

**IT IS THEREFORE ADJUDGED, ORDERED AND DECREED** as follows:

1. Tipton denies any wrongdoing on the basis of any of the allegations set forth in the underlying charge of discrimination filed with the Commission or on the basis of any of the allegations set forth in the Commission's Complaint. Tipton affirmatively states that it is committed to equal employment opportunity practices.

2. Tipton agrees that it and all of its officers, directors, employees, agents, shareholders, members, and representatives will not discriminate against nor harass any Tipton employee on the basis of his or her religion.

3. Tipton agrees that there will be no discrimination or retaliation of any kind against any person because of opposition to any practice made unlawful under Title VII of the Civil Rights Act of 1964 and Title 1 of the Civil Rights Act of 1991, or because of the filing of a charge, the giving of testimony, assistance, or participation in any manner in an investigation, proceeding or hearing under Title VII of the Civil Rights Act of 1964 and Title 1 of the Civil Rights Act of 1991.

4. Tipton shall pay the total sum of Five Thousand Dollars ($5,000.00) to Megan Woodard, delivered to the following address:

<u>Megan Woodard</u>

**4100 Hwy 416 West
Robards, KY 42452**

The $5,000.00 shall be apportioned as $1.000.00 for wages, minus any taxes and applicable withholdings, and the remaining $4,000.00 for compensatory damages. Tipton shall effect

payment by issuing a check by certified mail in the amounts specified and to the address identified within ten (10) days of the Court's execution of this Consent Decree.

5. Tipton shall mail a copy of the checks and proof of its delivery (<u>assigned certified mail receipt</u>) to Laurie A. Young (or her successor), Regional Attorney, Equal Employment Opportunity Commission, Indianapolis District Office, 101 West Ohio St., Suite 1900, Indianapolis, Indiana 46204-4203, within thirty (30) days of mailing.

6. The term of this Decree shall be for thirty (30) months from and after the date of its entry by the Court.

7. Tipton shall create a policy prohibiting workplace discrimination against its employees. Such policy shall be posted within thirty (30) days of the entry of this Decree. No later than ten (10) days before the policy is posted, Tipton shall submit a copy to the Commission for review. The proposed policy shall be sent to Laurie A. Young (or her successor), Regional Attorney, Equal Employment Opportunity Commission, Indianapolis District Office, 101 West Ohio St., Suite 1900, Indianapolis, Indiana 46204.

8. Tipton agrees to submit periodic reports to the Commission detailing its compliance with this Decree. Tipton agrees to submit five (5) semi-annual reports during the term of this Decree. The first report shall be due seven (7) months after the execution of this decree, and the subsequent reports shall be mailed to the Commission no later than the final day of the sixth month after the preceding report.

   a. Each semi-annual report shall include the following information for the six (6) month period preceding the report: [i] the name, home address, and home telephone number of any Tipton employee filing an internal or external complaint or grievance alleging discrimination; and [ii] the nature of the complaint and the corrective action taken.

    b.  all reports shall be directed to Laurie A. Young (or her successor), Regional Attorney, at the address specified in paragraph 5.

 9. Within ninety (90) days of the date of execution of this Decree, Tipton shall provide a training program to all of its permanent employees regarding the provisions of Title VII of the Civil Rights Act as it pertains to discrimination in the work place. This training program shall include an explanation of the prohibition against retaliation for those employees reporting discrimination. Thirty (30) days before the training, Tipton shall provide: [i] notice to the Commission of the date, time, and place of the training; [ii] shall send to the Commission a copy of the training program and all written materials, if any, to be used; and [iii] shall provide the Commission with a roster of all individuals who will receive the training. The Commission may provide reasonable input on the content of the training but shall do so no later than ten (10) days prior to the training.

 Upon completion of the training, Tipton shall certify to the Commission the specific training that was undertaken and shall provide the Commission with a roster of all individuals who received the training. All reports shall be sent to the attention of Laurie A. Young, Regional Attorney, at the address specified in paragraph 5.

 10. In the event that the EEOC determines that a violation of this Decree has occurred, it will, prior to exercising any remedy provided by law, provide written notice to Tipton and its attorney specifically identifying the alleged violation(s). Tipton will have thirty (30) days or any additional period which may be agreed to by the parties in which to investigate and respond to the allegation. Thereafter, the parties will have a period of thirty (30) days, or any such additional period as may be agreed upon by them, in which to negotiate and confer regarding such allegation before the Commission exercises any remedy provided by law. If there

is any finding of discrimination or retaliation during the term of the Decree, the EEOC would report it to the company in the same manner as expressed in this paragraph.

11. Tipton shall post the Notice attached hereto as Appendix A. The Notice shall be placed within a conspicuous area where it shall be visible to all employees for the duration of the Consent Decree.

12. The Commission and Personal Touch shall each bear its own costs and attorney fees.

13. **RETENTION OF JURISDICTION BY COURT**: The claims in this action are dismissed with prejudice, and the Court will retain jurisdiction of this cause throughout the duration of this Decree for purposes of monitoring compliance with this Decree and entry of such further orders as may be necessary or appropriate.

SO ORDERED:

_8/30/12_  
Date

_[signature]_  
Judge, United States District Court

**COPIES TO**:

Kenneth W. Brown  
Senior Trial Attorney  
EQUAL EMPLOYMENT OPPORTUNITY  
 COMMISSION  
Louisville Area Office, Suite 268  
Dr. Martin Luther King Jr. Place  
Louisville, Kentucky 40202-2285  
Tel. (502) 582-5440  
Fax (502) 582-5437  

And

Mark A Wohlander  
Wohlander Law Office, PSC  
P.O. Box 910483  
Lexington, Kentucky 40591  
Counsel for Defendant

Office: (859) 361-5604
Facsimile: (859) 309-1698
wohlanderlaw@insightbb.com

APPENDIX A

# EMPLOYEE NOTICE

## Posted Pursuant to an Agreement with the
## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Louisville Area Office

### NOTICE OF NON-DISCRIMINATION POLICY

This Notice is being distributed and posted by agreement between The Patty Tipton Company ("Tipton") and the United States Equal Employment Opportunity Commission (EEOC).

Federal law requires that there be no discrimination nor harassment against any employee or applicant for employment because of the employee's race, color, religion, sex, national origin, age (over 40) or disability.

Federal law also prohibits employers from discriminating against employees or applicants in all aspects of employment, including, but not limited to, hiring, promotion, discharge, pay, job training and fringe benefits.

Tipton supports and will comply with such Federal law in all respects and will not take any actions against employees because they have filed a charge of discrimination with the EEOC, reported an alleged violation under the law to the EEOC, or have given testimony, assisted or participated in any investigation, proceeding or hearing conducted by the U. S. Equal Employment Opportunity Commission.

Any candidate for employment or employee of Tipton who believes they are a victim of illegal employment discrimination should communicate their concerns as provided by Tipton's policy. Any candidate for employment or employee who believes they are a victim of illegal employment discrimination may contact the U. S. Equal Employment Opportunity Commission for the purpose of filing a charge of employment discrimination.

Questions concerning this notice may be addressed to:
Equal Employment Opportunity Commission
101 W. Ohio St., Suite 1900
Indianapolis, Indiana 46204-4203
Telephone: (317) 226-7212
EEOC 800 # 1-800-669-4000
TDD (317) 226-4162